# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RETCNICK FAUSTEN**
**D.O.C. # W16862,**

    *Plaintiff*,

v.                                          CASE NO.:  4:19cv618-MW/MAF

**GEICO INDEMNITY COMPANY,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 14, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall note on the docket that this cause is dismissed pursuant to Federal Rule of Civil Procedure

12(b)(6), 28 U.S.C. § 1915(e)(2).  The Clerk shall also close the file.

**SO ORDERED on May 26, 2020.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**